**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Letticia Marie Garrison,                    )        Case #2:26-cv-01276
                                            )
                                            )
            Plaintiff(s),                   )        **VERIFIED PETITION FOR**
                                            )        **PERMISSION TO PRACTICE**
    vs.                                     )        **IN THIS CASE ONLY BY**
Commissioner of Social Security,            )        **ATTORNEY NOT ADMITTED**
                                            )        **TO THE BAR OF THIS COURT**
                                            )        **AND DESIGNATION OF**
                                            )        **LOCAL COUNSEL**
            Defendant(s).                   )
                                            )        **FILING FEE IS $250.00**

_____Tiffany Lauren Ours_____, Petitioner, respectfully represents to the Court:
          (name of petitioner)

    1.      That Petitioner is an attorney at law and a member of the law firm of

                            McChesney and Ours
_____
                                (firm name)

with offices at _____930 South Pine Street_____,
                                (street address)

___Spartanburg_____, South Carolina          ▼  , ___29302___,
        (city)                       (state)                    (zip code)

____864-582-7882_____, ___service@carolina-disability.com____.
(area code + telephone number)              (Email address)

    2.      That Petitioner has been retained personally or as a member of the law firm by

____Letticia Marie Garrison_____ to provide legal representation in connection with
          [client(s)]

the above-entitled case now pending before this Court.

                                                                    Rev. 5/16

3.    That since _____2-5-2024_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _South Carolina_ ▾
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| North Carolina Bar | 8/29/2023 | 61045 |
| South Carolina Bar | 2/5/2024 | 106541 |
| Western District of North Carolina | 10/19/2023 | 61045 |
| Middle District of North Carolina | 2/29/2024 | 61045 |
| Eastern District of North Carolina | 4/3/2024 | 61045 |
| Eastern District of Missouri | 6/14/2024 | 10651 |
| 4th Circuit Court of Appeals | 4/15/2024 | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) both South Carolina and North Carolina.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF South Carolina [▼] )
                             )
COUNTY OF ___ Spartanburg ___ )

_____ Tiffany Lauren Ours _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

4th day of June , 2026 .

_____
Notary Public or Clerk of Court

*(Notary seal: SARAH E. STOVALL, NOTARY PUBLIC, STATE OF SOUTH CAROLINA, My Commission Expires 08-03-2029)*

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Micahaela Wood _____,
                                                                                      (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ 1489 W. Warm Springs Road, Suite 110 _____,
                  (street address)

_____ Henderson _____, _____ Nevada _____ [▼], _____ 89014 _____,
       (city)                (state)                  (zip code)

_____ 702-582-6362 _____, _____ Michaela@FairFreeInjuryAttorneys.com _____.
(area code + telephone number)          (Email address)

4                                                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michaela Wood_____ as
                                              (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Letticia Marie Garrison, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9466                                    Michaela@FairFreeInjuryAttorneys.c
Bar number                              Email address

APPROVED:

DATED this 22nd day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

5

Rev. 5/16

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Tiffany L Ours  (Tiffany Lauren Ours) was duly sworn and admitted as an attorney in this state on February 05, 2024 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*

CLERK

Columbia, South Carolina

June 10, 2026

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.



## NORTH CAROLINA
## STATE BAR

# Certificate of Good Standing

I, Peter G. Bolac, Secretary of the North Carolina State Bar, do hereby certify that

## Tiffany Lauren Ours
Bar # 61045

was licensed to practice law by the State of North Carolina on August 31, 2023.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to

practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 18th of June, 2026.

Secretary of the North Carolina State Bar

