IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION (LAS VEGAS)

LETTICIA MARIE GARRISON )
Plainitiff, )
v. ) Civil Action No. **2:26-cv-01276**
COMMISSIONER OF SOCIAL SECURITY, )
Defendant. )

**MOTION FOR EXTENSION**

The Plaintiff hereby moves for an extension of her deadline to file her opening brief, nunc pro tunc. The brief was due on July 23, 2026. The plaintiff has been unable to meet that deadline because of a calendaring error and an inability to access the docket. The clerk's office has fixed the access error and plaintiff is prepared to draft and file a brief but requests that the deadline be extended by 30 days-that is, until August 24, 2026. This is the plaintiff's first request to extend the deadline. Plaintiff's counsel has conferred with defense counse and defense counsel has indicated that there is no objection to this request. The request is being made in good faith, for good cause and without improper purpose, and will not prejudice Defendant. The request, if granted, will not affect any other existing deadlines.

Respectfully submitted,

BY: /s/ Michaela Wood

Michaela Wood, Esquire
Attorney for Plaintiff
NV Bar ID 9466
1489 W. Warm Springs Road, Suite 110
Henderson, NV 89014
702-582-6362
Michaela@FairFreeInjuryAttorneys.com

/s/ Tiffany L. Ours

Tiffany L. Ours, Esquire
Pro Hac Vice Attorney for Plaintiff
NC Bar ID 61045
930 South Pine Street
Spartanburg, SC 29302
864-582-7882
service@carolina-disability.com

**IT IS SO ORDERED**.

DATED: 8/11/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE